

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation, | CASE NO. CV11-06681 GHK (DTBx) |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | Courtroom No. 650 |
| OPM LOGISTICS, C. POR. A., a Dominican company, | Hon. George H. King |
| Defendant. | |

Based on the Petition To Confirm Arbitration Award and for Entry of Judgment [Dkt. No. 30] filed by Plaintiff Monster Energy Company, formerly known as Hansen Beverage Company ("Monster" or "Plaintiff") on February 21, 2013, and the Court's Order Granting Petition to Confirm Arbitration Award and for Entry of Judgment [Dkt. No. 34] issued April 9, 2013, this Court **enters judgment** in favor of Plaintiff and against Defendant OPM Logistics C. Por. A ("OPM") as follows:

1. Effective August 15, 2011, Monster validly terminated the distribution agreement dated December 6, 2005 ("Agreement") between it and OPM based on OPM's material breaches of the Agreement;

2. OPM is not entitled to damages or any other relief from Monster, including without limitation arising out of the termination of the Agreement;

3. Monster is awarded $178.805.24 in attorneys' fees and $12,497.09 in costs incurred and awarded in the arbitration; and

4. Monster is awarded its costs of suit herein, taxable by the Clerk.

Dated: 03/01/2016

_____
UNITED STATES DISTRICT JUDGE